**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **BOARD OF TRUSTEES, et al.,** | : | |
| Plaintiffs, | : | Case No. 2:03-cv-474 |
| | | 2:07-cv-874 |
| v. | : | |
| | | **Judge Holschuh** |
| **GROUND LEVEL, INC. et al.,** | : | |
| | | **Magistrate Judge Abel** |
| Defendants. | : | |
| | : | |

## ORDER

On July 10, 2008, Magistrate Judge Abel issued a Report and Recommendation recommending that Plaintiffs' unopposed motion for attorney fees be granted and that judgment be entered awarding Plaintiffs $6,142.50 in attorney fees.  Notice was given that if any party objected to the Report and Recommendation, that party may file its objection with the Court within ten days.  The parties were also warned that failure to object would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court.

The time for filing objections has passed and no objections have been filed.  The Court therefore **ADOPTS** Magistrate Judge Abel's July 10, 2008 Report and Recommendation (Doc. 65 in Case No. 2:03-cv-474 and Doc. 28 in Case No. 2:07-cv-874), **GRANTS** Plaintiffs' motion for attorney fees (Doc. 64 in Case No. 2:03-cv-474), and enters judgment in favor of Plaintiffs in the amount of $6,142.50 in attorney fees.  Defendants shall pay this amount to Plaintiffs within 15 days of the date of this Order.

**IT IS SO ORDERED.**

Date: August 7, 2008                         **/s/ John D. Holschuh**
                                                     John D. Holschuh, Judge
                                                     United States District Court